NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BARBARAELLEN WILSON,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

_____

2025-1710

_____

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00380-MBH, Senior Judge Marian Blank Horn.

_____

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    WILSON V. US

  ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

September 29, 2025
Date

Jarrett B. Perlow
Clerk of Court